UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. _____

| | | |
|---|---|---|
| LEWIS NATHANIEL DAVIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WADESBORO POLICE DEPARTMENT, | ) | |
| FORMER CHIEF JASON ESCHERT, | ) | **NOTICE OF REMOVAL TO FEDERAL** |
| SGT. LOGAN RUOCCO, OFFICER | ) | **COURT** |
| KAYLA WRIGHT, TOWN OF | ) | |
| WADESBORO, CODY A. TEAGUE, | ) | |
| DAVID SCOTT HOWELL, ANSON | ) | |
| COUNTY SHERIFF'S OFFICE, | ) | |
| COUNTY OF ANSON, and OHIO | ) | |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Defendant Cody A. Teague (hereinafter "Defendant") by and through the undersigned counsel, respectfully removes the above-captioned action from the Superior Court of Anson County, North Carolina (Case No. 25CV000501-030), to the United States District Court for the Western District of North Carolina (Charlotte Division), pursuant to 28 U.S.C. § 1331, § 1441, § 1446, and §1367.

In support of this *Notice of Removal to Federal Court*, Defendant states as follows:

1.  On December 3, 2025, Plaintiff filed a Complaint in the Superior Court of Anson County, North Carolina, styled *Lewis Nathaniel Davis, Jr. v. Wadesboro Police Department, et al,* which matter was assigned Civil Action No. 25CV000501-030. Defendant was not a party to the original Complaint.

2. On March 17, 2026, Plaintiff filed an Amended Complaint adding, among others, the Defendant as a party. Defendant was served with the Amended Complaint on May 12, 2026.

3. Pursuant to 28 U.S.C. § 1446(b), a copy of all process and pleadings served upon Defendants as well as all pleadings filed by others in the state case are attached hereto as **Exhibit A**.

4. This Notice is being filed within thirty (30) days of the date of service of the Summons and Amended Complaint on Defendant; accordingly, this Notice is timely filed pursuant to 28 U.S.C. § 1446(b). Defendant is represented by the undersigned counsel and consents to this removal. All Defendants who have been served are represented by counsel and all consent to this removal.

5. In the Amended Complaint, Plaintiff has alleged various causes of action against Defendants, including a violation of 42 U.S.C. §1983 and the Fourth and Fourteenth Amendment of the U.S. Constitution and for damages arising under the laws of the United States.

6. Because this is a civil suit for damages arising under the laws of the United States, specifically, this suit involves a federal question and federal jurisdiction is, therefore, founded upon 28 U.S.C. § 1331 and is removable to federal court pursuant to 28 U.S.C. § 1441. Further this Court has supplemental jurisdiction over the state law claim pursuant to 28 U.S.C. § 1367.

7. Accordingly, at least one of Plaintiff's claims sound in federal law and are, accordingly, properly removed to this Court under its federal question jurisdiction under 28 U.S.C. § 1331 and § 1441(a).

8. Defendant hereby files this Notice of Removal of this action from the aforesaid Superior Court Civil Division in which it is now pending (Anson County) to the United States District Court for the Western District of North Carolina (Charlotte Division).

9. A copy of this Notice of Removal has been served and submitted for filing in the Office of the Clerk of Superior Court of Anson County, North Carolina, as shown by the Notice attached hereto as **Exhibit B**.

WHEREFORE, Defendant Cody A. Teague hereby give notice that this action has been removed from the Superior Court of Anson County, North Carolina, to the United States District Court for the Western District of North Carolina.

This the 3rd day of June, 2026.

CRANFILL SUMNER LLP

BY:    /s/ *Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
Attorney for Defendant Cody A. Teague
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the undersigned has this day electronically filed the foregoing *NOTICE OF REMOVAL TO FEDERAL COURT* with the Clerk of Court using the CM/ECF system, which will serve all registered users, as well as via electronic mail addressed as follows:

| | |
|---|---|
| Michael J. Levine<br>Cathy A. Williams<br>**Levine Law Group, PA**<br>mlevine@levinelawgrouppa.com<br>*Attorneys for Plaintiff* | Scott MacLatchie<br>**Hall Booth Smith, PC**<br>smaclatchie@hallboothsmith.com<br>*Attorney for Defendants Town of Wadesboro, Wadesboro Police Department, and Jason Scott Eschert* |
| Jacob Wellman<br>**Teague Campbell Dennis & Gorham**<br>jwellman@teaguecampbell.com<br>*Attorney for Defendant Logan Ruocco* | C. Christopher Adkins<br>**Adkins Law PLLC**<br>chris@huntersvillelawyer.com<br>*Attorney for Defendant Kayla Wright* |
| Daniel E. Peterson<br>**Parker Poe Adams & Bernstein LLP**<br>danielpeterson@parkerpoe.com<br>*Attorneys for Officer Kayla Wright* | Sean F. Perrin<br>Womble Bond Dickinson (US) LLP<br>Sean.Perrin@wbd-us.com<br>*Attorneys for Defendants Anson County and Ohio Casualty Insurance Company* |

This the 3rd day of June, 2026.

CRANFILL SUMNER LLP

BY:     /s/ *Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
Attorney for Defendant Cody A. Teague
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com